# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160355(51)

JENNIFER BUHL,
   Plaintiff-Appellant,

v

CITY OF OAK PARK,
   Defendant-Appellee.

_____/

SC:  160355
COA:  340359
Oakland CC:  2017-157097-NI

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply brief is GRANTED.  The reply brief will be accepted as timely filed if submitted on or before October 7, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



Clerk